DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| John Harris | ) CASE NO. 4:10-CV-2186 |
| Plaintiff, | ) |
| v. | ) **JUDGMENT ENTRY** |
| Sgt. Lashley, et al., | ) |
| Defendants. | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendants' Motion for

Summary Judgment, ECF 56, is GRANTED, each party to pay its own costs.

IT IS SO ORDERED.

 June 18, 2012　　　　　　　　　　　　　　　 *s/ David D. Dowd, Jr.*
Date　　　　　　　　　　　　　　　　　　　 David D. Dowd, Jr.
　　　　　　　　　　　　　　　　　　　　　 U.S. District Judge